**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. H-07-93 |
| | § | |
| | § | |
| ERNESTO BALDERAS, *et al.* | § | |

**O R D E R**

Defendants Roman-Perez and Hurtado filed a motion for continuance, (Docket Entry Nos. 138 and 139). The government and the remaining co defendants are in agreement. The court finds that the interests of justice are served by granting this continuance and that those interests outweigh the interests of the public and the defendants in a speedy trial. The motions for continuance are GRANTED. The schedule is amended as follows:

| | |
|---|---|
| Motions regarding discovery issues are to be filed by: | **October 22, 2007** |
| Discovery conference to be held: | **October 30, 2007, at 8:30 a.m.** |
| Suppression hearing set for: | **December 3, 2007, at 9:00 a.m.** |
| Motions to are to be filed by: | **December 3, 2007** |
| Responses to be filed by: | **December 17, 2007** |
| Final pretrial conference set for | **December 21 2007, at 9:00 a.m.** |
| Jury trial and selection set for: | **January 17, 2008, at 9:00 a.m.** |

SIGNED on October 16, 2007, at Houston, Texas.

Lee H. Rosenthal
United States District Judge